DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN CHRISTOPHER ECKHARDT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2683

_____

August 14, 2026

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

John Christopher Eckhardt, pro se.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa for Appellee.


PER CURIAM.

Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.